UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CURTIS EUGENE-DARNELL BLACK,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:18-cr-00128

**REPORT AND RECOMMENDATION**

    Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted an arraignment on August 10, 2018, in the captioned case on the Superseding Felony Information charging him with possession of a short-barreled shotgun, in violation of 26 U.S.C. § 5861(d).  I also conducted a plea hearing, after receiving the written consent of defendant and all counsel.  There is no written plea agreement.  At the hearing, defendant Curtis Eugene-Darnell Black entered a guilty plea to the offense charged.  During the colloquy to establish a factual basis to support the guilty plea, the defendant stated, among other things, that he was not aware that the barrel had been shortened.  As that is one of the elements of the offense charged, I find that the plea has an insufficient factual basis.

    Accordingly, I recommend that defendant's plea of guilty to the Superseding Felony Information not be accepted.  I further recommend that the Court enter a not guilty plea on behalf of the defendant.

Date: August 13, 2018              /s/ Phillip J. Green
                                                        PHILLIP J. GREEN
                                                       United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to <u>de</u> <u>novo</u> review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing.  *See* W.D. MICH. L.CR.R. 11.1(d).